| | | |
|---|---|---|
| ISSAC S. KNOTT, | ) | |
| | ) | |
| *Plaintiff,* | ) | Case No. 4:25-cv-36 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| | ) | Magistrate Judge Steger |
| SHANE GEORGE, *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |

## ORDER

On June 29, 2026, United States Magistrate Judge Christopher H. Steger filed a Report and Recommendation [Doc. 9] pursuant to 28 U.S.C. § 636 and the Rules of this Court. The Magistrate Judge recommends the Court dismiss this action. Plaintiff has not filed an objection to the Report and Recommendation.[1] The Court has nonetheless reviewed the Report and Recommendation, as well as the record, and agrees with Magistrate Judge Steger's well-reasoned conclusions.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Steger's findings of fact and conclusions of law as set forth in the Report and Recommendation [Doc. 9]. This action is hereby **DISMISSED WITH PREJUDICE**. A separate judgment will enter. There being no more matters to resolve, the Clerk is directed to close the file.

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**

---

[1] The Magistrate Judge advised that the parties had 14 days in which to object to the Report and Recommendation and that failure to do so would waive any right to appeal. [Doc. 9 at 5 n.1]; *see* FED. R. CIV. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) ("It does not appear that Congress intended to require district court review of a magistrate judge's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.").